IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:22cr160-MHT |
| | ) | (WO) |
| JEREMIAH LEE TRAMMER | ) | |

### ORDER

Based on the representations made on the record during the telephone conference on September 9, 2022, it is ORDERED that defendant Jeremiah Lee Trammer's motion to review and reverse detention order (Doc. 47) is granted to the extent that the court will hold a new, in-person evidentiary hearing on September 23, 2022, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

The parties should discuss beforehand whether, in addition to relying on new evidence, they wish to rely

on the transcript of the evidence presented at the August 29, 2022, hearing before the magistrate judge (Doc. 46).

DONE, this the 13th day of September, 2022.

                                  /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**