IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| v.           ) | **2:22cr160-MHT** |
| ) | **(WO)** |
| **JEREMIAH LEE TRAMMER**  ) | |

**ORDER**

Upon consideration of the probation department's status report (Doc. 155) and the psychological evaluation (Doc. 156), it is ORDERED that the court will not take any further action at this time, for it appears that defendant Jeremiah Lee Trammer is receiving the recommended mental-health treatment.

DONE, this the 29th day of January, 2026.

                                       /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**